

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2014

No. 04-14-00681-CV

John E. **RODARTE**,
Appellant

v.

**BENEFICIAL TEXAS, INC.,** its successors and assigns,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI14597
Honorable Richard Price, Judge Presiding

## O R D E R

The Motion for Order to Stay Foreclosure Proceedings and Stop Sale Proceedings is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court